**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 884 MAL 2015
                                                          :
            Respondent                   :
                                                          :    Petition for Allowance of Appeal from
                                                           :    the Order of the Superior Court
                  v.                          :
                                                             :
                                                             :
JOSEPH A. SHUMAN,                       :
                                                         :
            Petitioner                      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.